In the Matter of PATRICIA S. PAONE, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and DAVID T. BERMAN, et al., Respondents.— In a proceeding under section 330 of the Election Law (1) to declare null and void a petition designating the respondents as candidates of the Democratic party in the primary election for certain party positions; and (2) to enjoin the Board of Elections from printing or placing the names of said respondents as such candidates on the official primary ballot, the petitioner appeals from a final order of the Supreme Court, Queens County, entered August 28, 1962, which, *inter alia,* dismissed the petition after trial before an Official Referee. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

In the Matter of MARTIN M. PSATY et al., Appellants-Respondents, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and MILTON NORMAN et al, Respondents-Appellants.— In a proceeding under section 330 of the Election Law (1) to invalidate a petition designating Milton Norman, Judah E. Klein, Corinne K. Harris and Shirley Roggen as candidates of the Democratic party in the primary election for certain public offices and party positions in the Fifth Assembly District, Queens County; (2) to enjoin the Board of Elections from placing their names as such candidates on the official primary ballot; and (3) for other relief, the parties cross-appeal as follows from an order of the Supreme Court, Queens County, entered August 27, 1962, after a hearing: (a) The petitioners appeal from so much of said order as denied the application; (b) the said candidates appeal from so much of said order as disqualified one, John Drohan, from acting as a member of the committee, named in said designating petition, to fill vacancies. Order, insofar as appealed from, affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

In the Matter of JULES G. SABBATINO, Respondent, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and MICHAEL R. LEMOV, Appellant.— In a proceeding under section 330 of the Election Law to validate the petition designating petitioner as a candidate of the Liberal party in the primary election for the public office of Assemblyman in the Fourth Assembly District, Queens County, the objector Lemov appeals from an order of the Supreme Court, Queens County, dated August 27, 1962 which, after a hearing, granted the application, annulled the determination of the Board of Elections invalidating said petition, and directed the board to place petitioner's name upon the official ballot as such candidate in the primary election. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.